Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff
TATIANA THOMAS

**UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| TATIANA THOMAS, | Case No.: 10-CV-02371 FFM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| WILLIAMS & FUDGE, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, TATIANA THOMAS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: May 14, 2010          KROHN & MOSS, LTD.


By:  /s/ Ryan Lee            _

   Ryan Lee
   Attorney for Plaintiff