Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com

Attorneys for Plaintiff, TATIANA THOMAS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION**

| | |
|---|---|
| TATIANA THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAMS & FUDGE, INC.,<br><br>　　　　Defendant. | **Case No.: 10-CV-02371 FFM**<br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, TATIANA THOMAS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: June 7, 2010　　　　　　　　　　　　KROHN & MOSS, LTD.


　　　　　　　　　　　　　　　　　　　　By:/s/ Ryan Lee .
　　　　　　　　　　　　　　　　　　　　　Ryan Lee
　　　      　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　TATIANA THOMAS